IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tricia Breckheimer,<br><br>                              Plaintiff,<br><br>vs.<br><br>Trevor Jacobsen; Elizabeth Jacobsen; Jacobsen Farms, Partnership; Bank Forward; and Commodity Credit Corporation,<br><br>                              Defendants. | Civil No.: 3:23-cv-00188 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

[¶ 1]   THIS MATTER comes before this Court on a Motion for Temporary Lease and Motion for Hearing filed by the Jacobsen Defendants[1] on March 28, 2024. Doc. Nos. 21, 24. On April 29, 2024, United States Magistrate Judge Alice R. Senechal filed a Report and Recommendation stating the Motion for Temporary Lease should be denied. Doc. No. 48. The Jacobsen Defendants filed an objection on May 2, 2024. Doc. No. 50. The remaining Parties did not file objections.

[¶ 2]   The Court has reviewed the entire record in this matter and concludes the Report and Recommendation is reasonable and persuasive. The Court **ADOPTS** the Report and Recommendation in its entirety. The Motion for Temporary Lease is **DENIED**. Because the Court is fully apprised of the facts and law governing this issue, the Motion for Hearing is also **DENIED**.

[¶ 3]   **IT IS SO ORDERED**.

DATED May 6, 2024.

Daniel M. Traynor, Judge
United States District Court

---

[1] Trevor Jacobsen, Elizabeth Jacobsen, and Jacobsen Farms, Partnership.